# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division


**THE PAINTING COMPANY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  C2-08-473**
**WEIS BUILDERS, INC., et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
       **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed January 21, 2009, JUDGMENT is hereby entered DISMISSING this case without prejudice to the same being refiled in the Court of Common Pleas of Franklin County, Ohio.**


Date: January 21, 2009         JAMES BONINI, CLERK


       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk